| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842 |
|   | RODNEY G. STRICKLAND, State Bar No. 161934 |
| 2 | ANTHONY J WEIBELL, State Bar No. 238850 |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
|   | Email: keggleton@wsgr.com; |
| 6 | rstrickland@wsgr.com; aweibell@wsgr.com |
| 7 | Attorneys for Defendant |
|   | RUDOLPH TECHNOLOGIES, INC. |

**FILED**

2008 MAY -2  II: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEHRDAD NIKOONAHAD,

    Plaintiff,

v.

RUDOLPH TECHNOLOGIES, INC. and DOES 1-25, inclusive,

    Defendants.

Case No. C08 02290 RVT

**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

(F.R.Civ.P. 7.1)
(N.D.L.R. 3-16)

---

DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that (1) defendant Rudolph Technologies, Inc. ("Rudolph") does not have a corporate parent; and (2) no public company owns 10% or more of Rudolph stock.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 2, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Keith Eggleton
Keith Eggleton

Attorneys for Defendant
RUDOLPH TECHNOLOGIES, INC.