1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  ANTHONY J WEIBELL, State Bar No. 238850
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300     E-FILING
5  Facsimile:  (650) 565-5100
   Email: keggleton@wsgr.com;
6  rstrickland@wsgr.com; aweibell@wsgr.com

7  Attorneys for Defendant
   RUDOLPH TECHNOLOGIES, INC.   ADR

FILED
2008 MAY -2  ⌐ 11: 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MEHRDAD NIKOONAHAD,

    Plaintiff,

v.

RUDOLPH TECHNOLOGIES, INC. and
DOES 1-25, inclusive,

    Defendants.

Case No. C08 02290 PVT

PROOF OF SERVICE

---

PROOF OF SERVICE

1   I, Nancy Williamson, declare:

2   I am employed in Santa Clara County. I am over the age of 18 years and not a party to
3   the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill
4   Road, Palo Alto, California 94304-1050.

5   I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for filing
6   documents with the Santa Clara County Superior Court for the State of California and for
7   collection and processing of documents for mailing with the United States Postal Service. In the
8   ordinary course of business, documents are processed accordingly.

9   On this date, the following document, attached hereto as Exhibit 1, was consigned to a
10  courier for filing in the Santa Clara County Superior Court for the State of California:

11  **NOTICE TO ADVERSE PARTY OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13  Also on this date, I served the following:

14  **CIVIL COVER SHEET**

15  **NOTICE OF REMOVAL**

16  **DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

17  **NOTICE TO ADVERSE PARTY OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19  on each person listed below, by consigning the document(s) by placing the document(s)
20  described above in an envelope addressed as indicated below, which I sealed. I placed the
21  envelope(s) for collection and mailing with the United States Postal Service on this day,
22  following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

23  John W. Clark
    Attorney at Law
24  2600 El Camino Real, Suite 410
    Palo Alto, CA 94306

25  I declare under penalty of perjury under the laws of the State of California that the
26  foregoing is true and correct. Executed at Palo Alto, California on May 2, 2008.

                                        *Nancy Williamson* (signature)
                                        Nancy Williamson

3348777_1.DOC

1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  ANTHONY J WEIBELL, State Bar No. 238850
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100
   Email: keggleton@wsgr.com;
6  rstrickland@wsgr.com; aweibell@wsgr.com

7  Attorneys for Defendant
   RUDOLPH TECHNOLOGIES, INC.
8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                        COUNTY OF SANTA CLARA

11                         UNLIMITED JURISDICTION

12  MEHRDAD NIKOONAHAD,                )   Case No. 1-08-CV-108700
                                       )
13          Plaintiff,                 )
                                       )   **NOTICE TO ADVERSE PARTY OF**
14      v.                             )   **REMOVAL TO THE UNITED**
                                       )   **STATES DISTRICT COURT FOR**
15  RUDOLPH TECHNOLOGIES, INC. and     )   **THE NORTHERN DISTRICT OF**
    DOES 1-25, inclusive,              )   **CALIFORNIA**
16                                     )
            Defendants.                )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL TO FEDERAL COURT

1  TO THE PLAINTIFF MEHRDAD NIKOONAHAD AND HIS ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on May 2, 2008, defendant Rudolph Technologies, Inc.

3  ("Rudolph"), by and through their attorneys, filed with the Clerk of the United States District

4  Court for the Northern District of California, San Jose Division, a Notice of Removal of the

5  above-entitled action to said Court from the Superior Court of the State of California, County of

6  Santa Clara. A copy of the Notice of Removal, and its attachments, are attached hereto.

7      PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1446(d), the filing of

8  this Notice effects the removal of this action to federal court, and this Court is directed

9  to "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

10

11  Dated: May 2, 2008                                              WILSON SONSINI GOODRICH & ROSATI
                                                                             Professional Corporation

By: /s/ Keith Eggleton

Attorneys for Defendant
RUDOLPH TECHNOLOGIES, INC.

-1-
NOTICE OF REMOVAL TO FEDERAL COURT