John W. Clark (CSB #036664)
Attorney at Law
2600 El Camino Real, Suite 410
Palo Alto, California 94306
Tel.: (650) 354-3605
Fax: (650) 354-3606
john@johnclarklaw.com

Ardell Johnson, Esq. (CSB #095340)
Korda, Johnson & Wall LLP
66 East Santa Clara Street, #250
San Jose, CA 95113
Tel: (408) 494-0700
Fax: (408) 494-0707
arjoh@pacbell.net

Attorneys for Plaintiff
MEHRDAD NIKOONAHAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHRDAD NIKOONAHAD,<br><br>    Plaintiff,<br><br>    v.<br><br>RUDOLPH TECHNOLOGIES, INC. and DOES 1-25, inclusive,<br><br>    Defendants. | Case No.: C08-02290 PVT<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Mehrdad Nikoonahad, demands a jury trial in the within action pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

DATED: May 5, 2008        KORDA, JOHNSON & WALL, LLP

*/s/ Ardell Johnson*
ARDELL JOHNSON Attorney for
Plaintiff MEHRDAD NIKOONAHAD