1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  ANTHONY J WEIBELL, State Bar No. 238850
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: keggleton@wsgr.com;
6  rstrickland@wsgr.com; aweibell@wsgr.com

7  Attorneys for Defendant
   RUDOLPH TECHNOLOGIES, INC.
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  MEHRDAD NIKOONAHAD,            )   Case No. C 08-2290 PVT
                                   )
13           Plaintiff,            )
                                   )   **CERTIFICATE OF SERVICE**
14       v.                        )
                                   )
15  RUDOLPH TECHNOLOGIES, INC. and )
    DOES 1-25, inclusive,          )
16                                 )
             Defendants.           )
17  _____)

PROOF OF SERVICE                                         3351980_1.DOC
CASE NO. C 08-2290 PVT

1  I, Anthony Weibell, declare:

2  I am employed in Santa Clara County. I am over the age of 18 years and not a party to

3  the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill

4  Road, Palo Alto, California 94304-1050.

5  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

6  processing of documents for mailing with the United States Postal Service. In the ordinary

7  course of business, documents are processed accordingly.

8  On May 2, 2008, I served the following:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**ECF REGISTRATION INFORMATION HANDOUT**

on each person listed below, by having the document(s) described above placed in an envelope addressed as indicated below. I had the envelope(s) placed for collection and mailing with the United States Postal Service on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

John W. Clark
Attorney at Law
2600 El Camino Real, Suite 410
Palo Alto, CA 94306

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on May 7, 2008.

 /s/ Anthony J Weibell
Anthony Weibell

PROOF OF SERVICE
CASE NO. C 08-2290 PVT

3351980_1.DOC