1  KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, State Bar No. 161934
2  ANTHONY J WEIBELL, State Bar No. 238850
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: keggleton@wsgr.com;
6  rstrickland@wsgr.com; aweibell@wsgr.com

7  Attorneys for Defendant
   RUDOLPH TECHNOLOGIES, INC.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 MEHRDAD NIKOONAHAD,              )   CASE NO.:  C 08-2290 JF
                                    )
13         Plaintiff,                )   **[PROPOSED] ORDER GRANTING
                                    )   RUDOLPH TECHNOLOGIES,
14      v.                           )   INC.'S MOTION TO DISMISS**
                                    )
15 RUDOLPH TECHNOLOGIES, INC. and   )
   DOES 1-25, inclusive,            )
16                                   )
           Defendants.               )
17 _____)

18

19

20    The Motion to Dismiss, filed by Rudolph Technologies, Inc., came on for hearing in the

21 ordinary course. All appearances are noted in the record. Having considered the papers filed in

22 support of and in opposition to said Motion, the argument of counsel, and for good cause shown,

23 IT IS HEREBY ORDERED that all claims against the defendant are DISMISSED.

24

25 Dated: _____          _____
                                              Jeremy Fogel
26                                       United States District Judge

27

28

[PROPOSED] ORDER GRANTING
RUDOLPH'S MOTION TO DISMISS          -1-                          3352016_1.DOC
CASE NO. C 08-2290 JF