## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 25, 2008
**Case Number:** CV-08-2290-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:       MEHRDAD NIKOONAHAD   V.  RUDOLPH TECHOLOGIES, INC.

        **PLAINTIFF**                                           **DEFENDANT**

**Attorneys Present: John Clark**                       **Attorneys Present: Rodney Strickland**

PROCEEDINGS:

Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.