# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MEHRDAD NIKOONAHAD

                         Plaintiff(s),

                v.

RUDOLPH TECHNOLOGIES, INC.

                    Defendant(s).

_____/

CASE NO.  08-2290 JF

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)   (ADR L.R. 5)
          Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
      ✓      Private ADR *(please identify process and provider)*   The contract at issue in this lawsuit provides for private mediation administered by the American Arbitration Association under its Commercial Mediation Rules.

The parties agree to hold the ADR session by:
          the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

      ✓      other requested deadline -- At the July 25, 2008 hearing on Defendant's Motion to Dismiss, the Court stated it intends to issue a written order dismissing the Complaint with leave to amend. Accordingly, the parties believe scheduling a deadline for mediation would be premature at this time.

Dated: 7-28-08

Dated: July 28, 2008

                                  John W. Clark (by AJW)
                                  Attorney for Plaintiff

                                    Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

Deadline for ADR session
        90 days from the date of this order.
✓       other   To Be Determined

IT IS SO ORDERED.

Dated:__ 8/8/08 _____

                                 _____
                             Honorable Jeremy Fogel
                             UNITED STATES DISTRICT    JUDGE