UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHRDAD NIKOONAHAD,<br>　　　　　　Plaintiff,<br>V.<br>RUDOLPH TECHNOLOGIES,<br>　　　　　　Defendant. | Case Number CV-08-2290-JF<br><br>Case Management Conference<br><br>November 14, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on August 15, 2008 is continued to November 14, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

August 13, 2008　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk