1  JOHN W. CLARK, State Bar No. 036664
   ATTORNEY AT LAW                                    **E-Filed 10/6/08**
2  2600 El Camino Real, Suite 410
   Palo Alto, CA 94306
3  Telephone: (650) 354-3605
   Facsimile:  (650) 354-3606
4  Email: john@johnclarklaw.com

5  ARDELL JOHNSON, State Bar No. 095340
   KORDA, JOHNSON & WALL, LLP
6  66 E. Santa Clara Street, Suite 250
   San Jose, CA 95113
7  Telephone: (408) 494-0700
   Facsimile:  (408) 494-0707
8  Email: arjoh@pacbell.net

9  *Attorneys for Plaintiff*
   MEHRDAD NIKOONAHAD
10

11 KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, JR., State Bar No. 161934
12 ANTHONY J WEIBELL, State Bar No. 238850
   WILSON SONSINI GOODRICH & ROSATI, P.C.
13 650 Page Mill Road
   Palo Alto, CA 94304-1050
14 Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
15 Email: keggleton@wsgr.com; rstrickland@wsgr.com; aweibell@wsgr.com

16 *Attorneys for Defendant*
   RUDOLPH TECHNOLOGIES, INC.
17

18                        UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20                               SAN JOSE DIVISION

21 MEHRDAD NIKOONAHAD,                 )   CASE NO.:  C 08-2290 JF
                                       )
22             Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER SETTING BRIEFING**
23      v.                             )   **SCHEDULE ON MOTION TO**
                                       )   **DISMISS**
24 RUDOLPH TECHNOLOGIES, INC. and      )
   DOES 1-25, inclusive,               )
25                                     )
               Defendants.             )
26 _____ )

27

28

STIPULATION AND [PROPOSED] ORDER SETTING
BRIEFING SCHEDULE
CASE NO. C 08-2290 JF

1    WHEREAS, Plaintiff Mehrdad Nikoonahad ("Nikoonahad") filed a First Amended
2 Complaint on September 24, 2008;

3    WHEREAS, Defendant Rudolph Technologies, Inc. ("Rudolph") intends to file a motion
4 to dismiss the First Amended Complaint, which motion must ordinarily be filed within ten days
5 after service of the amended complaint pursuant to Fed. R. Civ. P. 15 and not later than thirty-
6 five days prior to the hearing date noticed for the motion pursuant to Civ. L.R. 7-2;

7    WHEREAS, Nikoonahad intends to file an opposition to Rudolph's motion to dismiss the
8 First Amended Complaint, which opposition must ordinarily be filed not later than twenty-one
9 days prior to the hearing date noticed for the motion pursuant to Civ. L.R. 7-3;

10   NOW THEREFORE, the parties hereto, through their undersigned counsel, stipulate and
11 agree as follows:

12   1.   Rudolph shall notice any motion to dismiss the First Amended Complaint for
13 hearing on November 21, 2008, the first available hearing date according to the court clerk.

14   2.   Rudolph shall file any motion to dismiss the First Amended Complaint by
15 October 13, 2008.

16   3.   Nikoonahad shall file any opposition to a motion to dismiss the First Amended
17 Complaint by October 31, 2008.

18   4.   Rudolph shall file any reply brief in support of the motion to dismiss the First
19 Amended Complaint by November 7, 2008.

20

21

22 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

23

24 Dated:  September 26, 2008                    KORDA, JOHNSON & WALL, LLP

25                                              By:   /s/ Ardell Johnson
                                                      Ardell Johnson
26
                                                *Attorneys for Plaintiff*
27                                              MEHRDAD NIKOONAHAD

28

STIPULATION AND [PROPOSED] ORDER SETTING         -1-
BRIEFING SCHEDULE
CASE NO. C 08-2290 JF

| | |
|---|---|
| Dated: September 26, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:   /s/ Anthony J Weibell<br>        Anthony J Weibell<br><br>*Attorneys for Defendant*<br>RUDOLPH TECHNOLOGIES, INC. |

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/6/08

_____
THE HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

**<u>DECLARATION OF CONSENT</u>**

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of the document was obtained from each of the other signatories.

| | |
|---|---|
| Dated: September 26, 2008 | By:   /s/ Anthony J Weibell<br>      Anthony J Weibell |