**E-Filed 2/24/09**

1  JOHN W. CLARK, State Bar No. 036664
   ATTORNEY AT LAW
2  2600 El Camino Real, Suite 410
   Palo Alto, CA 94306
3  Telephone: (650) 354-3605
   Facsimile:  (650) 354-3606
4  Email: john@johnclarklaw.com

5  ARDELL JOHNSON, State Bar No. 095340
   KORDA, JOHNSON & WALL, LLP
6  66 E. Santa Clara Street, Suite 250
   San Jose, CA 95113
7  Telephone: (408) 494-0700
   Facsimile:  (408) 494-0707
8  Email: arjoh@pacbell.net

9  *Attorneys for Plaintiff*
   MEHRDAD NIKOONAHAD
10

11 KEITH E. EGGLETON, State Bar No. 159842
   RODNEY G. STRICKLAND, JR., State Bar No. 161934
12 ANTHONY J WEIBELL, State Bar No. 238850
   WILSON SONSINI GOODRICH & ROSATI, P.C.
13 650 Page Mill Road
   Palo Alto, CA 94304-1050
14 Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
15 Email: keggleton@wsgr.com; rstrickland@wsgr.com; aweibell@wsgr.com

16 *Attorneys for Defendant*
   RUDOLPH TECHNOLOGIES, INC.
17

18                       UNITED STATES DISTRICT COURT

19                      NORTHERN DISTRICT OF CALIFORNIA

20                                SAN JOSE DIVISION

21 | MEHRDAD NIKOONAHAD,                  | ) CASE NO.: C 08-2290 JF (PVT)
   |                                      | )
22 |         Plaintiff,                   | ) **STIPULATION AND [PROPOSED]**
   |                                      | ) **ORDER SETTING BRIEFING**
23 |    v.                                | ) **SCHEDULE ON MOTION TO**
   |                                      | ) **DISMISS SECOND AMENDED**
24 | RUDOLPH TECHNOLOGIES, INC. and       | ) **COMPLAINT**
   | DOES 1-25, inclusive,                | )
25 |                                      | )
   |         Defendants.                  | )
26 |                                      | )

27

28

STIPULATION AND [PROPOSED] ORDER SETTING
BRIEFING SCHEDULE
CASE NO. C 08-2290 JF (PVT)

1  WHEREAS, Plaintiff Mehrdad Nikoonahad ("Nikoonahad") filed a Second Amended Complaint on February 6, 2009;

WHEREAS, Defendant Rudolph Technologies, Inc. ("Rudolph") intends to file a motion to dismiss the Second Amended Complaint;

WHEREAS, Nikoonahad intends to file an opposition to Rudolph's motion to dismiss the Second Amended Complaint;

NOW THEREFORE, the parties hereto, through their undersigned counsel, stipulate and agree as follows:

1. Rudolph shall notice any motion to dismiss the Second Amended Complaint for hearing on April 24, 2009, which date has been reserved with the Court.

2. Rudolph shall file any motion to dismiss the Second Amended Complaint by March 3, 2009.

3. Nikoonahad shall file any opposition to a motion to dismiss the Second Amended Complaint by March 27, 2009.

4. Rudolph shall file any reply brief in support of the motion to dismiss the Second Amended Complaint by April 10, 2009.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: February 12, 2009          KORDA, JOHNSON & WALL, LLP

                                  By:   /s/ Ardell Johnson
                                         Ardell Johnson

                                  *Attorneys for Plaintiff*
                                  MEHRDAD NIKOONAHAD


Dated: February 12, 2009          WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

                                  By:   /s/ Anthony J Weibell
                                         Anthony J Weibell

                                  *Attorneys for Defendant*
                                  RUDOLPH TECHNOLOGIES, INC.

STIPULATION AND [PROPOSED] ORDER SETTING          -1-
BRIEFING SCHEDULE
CASE NO. C 08-2290 JF (PVT)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/23/09

_____
THE HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER SETTING      -2-
BRIEFING SCHEDULE
CASE NO. C 08-2290 JF (PVT)

**DECLARATION OF CONSENT**

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of the document was obtained from each of the other signatories.

Dated: February 12, 2009                                    By:   /s/ Anthony J Weibell
                                                                         Anthony J Weibell

STIPULATION AND [PROPOSED] ORDER SETTING         -3-
BRIEFING SCHEDULE
CASE NO. C 08-2290 JF (PVT)