ARDELL JOHNSON, State Bar No. 095340
111 N. Market Street, Suite 300
San Jose, CA 95113-1116
Telephone: (408) 444-6009
Facsimile: (408) 332-5875
Email: arjoh@pacbell.net

*Attorneys for Plaintiff*
MEHRDAD NIKOONAHAD

KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, JR., State Bar No. 161934
ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: keggleton@wsgr.com; rstrickland@wsgr.com; aweibell@wsgr.com

*Attorneys for Defendant*
RUDOLPH TECHNOLOGIES, INC.

**E-Filed 3/11/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MEHRDAD NIKOONAHAD, <br><br> Plaintiff, <br><br> v. <br><br> RUDOLPH TECHNOLOGIES, INC. and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO.: C 08-2290 JF <br><br> **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE UNTIL COMPLETION OF SCHEDULED MEDIATION AND [PROPOSED] ORDER THEREON; AND UPDATE TO PRIOR JOINT STATEMENT** <br><br> Current date: March 12, 2010 <br> Time: 10:30 AM <br> Dept: 3 <br> Judge: Hon. Jeremy Fogel <br><br> **REQUESTED NEW CONFERENCE DATE: APRIL 30, 2010** |

The mediation of this action has been scheduled for April 14, 2010. The mediation will occur in Palo Alto before an experienced professional mediator. Plaintiff Mehrdad Nikoonahad and defendant Rudolph Technologies, Inc. ("Rudolph") therefore jointly request a continuance of the Case Management Conference currently scheduled for March 12, 2010 so that the Conference occurs after the mediation has been completed. The parties request the Court to continue the Conference to April 30, 2010.

The parties also respectfully submit the following update to the Joint Case Management Statement that was filed on December 24, 2009.

**BACKGROUND**

On May 13, 2009, the Court entered an order granting in part and denying in part Rudolph's motion to dismiss Nikoonahad's second amended complaint without leave to amend. Pursuant to that order, the Court dismissed all claims except for Nikoonahad's claim for breach of the implied covenant of good faith and fair dealing. Rudolph filed its answer to the second amended complaint and counterclaims on June 1, 2009. On September 4, 2009, the Court entered an order granting Nikoonahad's motion to dismiss Rudolph's counterclaims with leave to file amended counterclaims by October 5, 2009. Rudolph did not file amended counterclaims.

At the June 19, 2009, Case Management Conference the Court ordered the parties to mediate this dispute within 90 days of completing certain discovery.

**UPDATE TO PRIOR JOINT STATEMENT**

The parties submitted a joint statement regarding the status of this case on December 24, 2009. *See* Docket No. 90. The following developments have occurred since the filing of that joint statement.

1. On December 16, 2009, Magistrate Judge Trumbull ordered the parties to meet and confer and submit a joint, or else their respective, form of a proposed protective order governing confidentiality that tracks the language of the Court's model protective order. The parties submitted the requested proposed protective order to Judge Trumbull on January 7, 2010.

2. On January 19, 2010, plaintiff served his written responses to Rudolph's first set of written discovery requests and interrogatories. On February 8, 2010, following meet-and-confer

correspondence between the parties, plaintiff served amended written responses to Rudolph's first set of interrogatories. On February 17, 2010, plaintiff served amended written responses to Rudolph's first set of document requests and produced documents responsive to Rudolph's document requests.

3. On January 26 and February 25, 2010, Rudolph produced documents responsive to plaintiff's document requests.

4. The parties are continuing to discuss certain outstanding discovery issues. Rudolph has also issued a second set of requests for the production of documents.

5. At the time of the June 2009 case management conference, the parties contemplated conducting a limited number of depositions before mediating this lawsuit. In February 2010, the parties agreed to conduct a mediation prior to incurring the time and expense of depositions. The parties selected a mediator and scheduled the mediation to occur on April 14, 2010 in Palo Alto.

## THE PARTIES' JOINT REQUEST

The parties jointly request a continuance of the Case Management Conference currently scheduled for March 12, 2010, so that the parties can report the results of the mediation to the Court. The parties request the Court to continue the Conference to April 30, 2010, which is approximately two weeks after the mediation.

Dated: March 3, 2010　　　　　　　　　　　ARDELL JOHNSON

　　　　　　　　　　　　　　　　　　　　　By: /s/ Ardell Johnson
　　　　　　　　　　　　　　　　　　　　　　　Ardell Johnson

　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　MEHRDAD NIKOONAHAD

Dated: March 3, 2010　　　　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　　Professional Corporation

　　　　　　　　　　　　　　　　　　　　　By: /s/ Rodney G. Strickland, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Rodney G. Strickland, Jr.

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　RUDOLPH TECHNOLOGIES, INC.

**[PROPOSED] ORDER**

Pursuant to the parties' request that the Case Management Conference be rescheduled for a date after the parties' April 14, 2010 mediation, IT IS HEREBY ORDERED that the Case Management Conference previously scheduled for March 12, 2010 shall be continued to April 30, 2010 at 10:30a.m.

DATED: 3/11/2010

_____
THE HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

1     Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of
2 the document was obtained from each of the signatories above.

3 Dated: March 3, 2010                          By:  /s/ Anthony J Weibell
                                                                 Anthony J Weibell