KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, JR., State Bar No. 161934
ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: keggleton@wsgr.com;
rstrickland@wsgr.com; aweibell@wsgr.com

*Attorneys for Defendant*
RUDOLPH TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEHRDAD NIKOONAHAD,<br><br>           Plaintiff,<br><br>     v.<br><br>RUDOLPH TECHNOLOGIES, INC. and DOES 1-25, inclusive,<br><br>           Defendants. | CASE NO.:  C 08-2290 JF (PVT)<br><br>**STIPULATED REQUEST AND ORDER SHORTENING TIME FOR HEARING ON DEFENDANT'S MOTION TO EXTEND THE DURATION OF PLAINTIFF'S DEPOSITION** |

Pursuant to Civil Local Rule 6-2 and the Standing Order for Discovery Practice in All Cases Referred to Magistrate Judge Patricia V. Trumbull for Discovery, the parties submit the following stipulated request to shorten the time for hearing defendant Rudolph Technologies, Inc.'s ("Rudolph") Motion to Extend the Duration of Plaintiff's Deposition. As Rudolph's separate motion explains, Rudolph requests the Court to permit a 14-hour (two days) deposition rather than the 7-hour (one day) deposition permitted by the rules without agreement of the parties or court order. This stipulated request for a shortened briefing schedule is supported by the accompanying Declaration of Rodney G. Strickland, Jr. filed herewith:

**STIPULATED REQUEST**

WHEREAS, on or about April 30, plaintiff's deposition was noticed for June 1-2, 2010;

WHERAS, on May 28, 2010, plaintiff's deposition was postponed due to a dispute between the parties regarding the appropriate duration of the deposition;

WHEREAS, pursuant Fed. R. Civ. P. 30(d), Rudolph has filed concurrently herewith a Motion to Extend the Duration of Plaintiff's Deposition ("the Motion");

WHEREAS, plaintiff intends to oppose the Motion;

WHEREAS, fact discovery in this matter closes on August 2, 2010;

WHEREAS, in light of the fact discovery cut-off, the parties' need for additional discovery following plaintiff's deposition, the parties' desire to resolve the issue presented by the Motion promptly, and the parties' other scheduling concerns, the parties agree that the Motion should be resolved on a shortened schedule and at the Court's earliest convenience;

WHEREAS, Rudolph's counsel has been informed by the Court's clerk that the Court is available on June 15, 2010, to hear this motion in the event that this request is granted; and

WHEREAS, the parties have rescheduled plaintiff's deposition for June 23-24, 2010, and therefore a hearing on June 15, 2010, would allow the Motion to be resolved prior to the new date for plaintiff's deposition.

NOW THEREFORE, the parties hereto, through their undersigned counsel, stipulate and agree, and hereby request a shortened hearing schedule on the Motion as follows:

1. The Motion shall be heard on June 15, 2010, or as soon thereafter as the Court will permit.

2. Rudolph shall file the Motion by June 3, 2010.

3. Plaintiff shall file any opposition to the Motion by June 10, 2010.

4. Rudolph shall not file any reply memorandum in support of the Motion.

IT IS SO STIPULATED.

Dated:  June 3, 2010                     LAW OFFICES OF ARDELL JOHNSON

By:  __/s/ Ardell Johnson_____
         Ardell Johnson

*Attorneys for Plaintiff*
MEHRDAD NIKOONAHAD

Dated: June 3, 2010                      WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

By:  __/s/ Rodney G. Strickland, Jr._____
         Rodney G. Strickland, Jr.

*Attorneys for Defendant*
RUDOLPH TECHNOLOGIES, INC.

# O R D E R

PURSUANT TO STIPULATION,

1. The Motion shall be heard at 10:00 a.m. on June 15, 2010.

2. Rudolph shall file the Motion by June 3, 2010.

3. Plaintiff shall file any opposition to the Motion by June 10, 2010.

4. Rudolph shall not file any reply memorandum in support of the Motion.

IT IS SO ORDERED.

DATED:  __6/7/10_____                    ____Patricia V. Trumbull_____
                                          THE HON. PATRICIA V. TRUMBULL
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST AND ORDER                    -2-
SHORTENING TIME FOR HEARING ON DEFT'S
MOT. TO EXTEND DURATION OF PLTF. DEPO
CASE NO. C 08-2290 JF (PVT)